UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD SATISH EMRIT, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-01761-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to Request Civil Jury Trial – Dkt. #27)<br>(Mtn for Nolle Prosequi – Dkt. #28)<br>(Mtn for Pro Bono Atty – Dkt. #30)<br>(Mtns to Redact – Dkt. ##31, 32)<br>(Mtn in Limine – Dkt. #34) |

This matter is before the Court on six motions filed by *pro se* Plaintiffs Ronald Satish Emrit and Nicole Rocio Leal-Mendez: Motion to Request Civil Jury Trial Pursuant to Seventh Amendment (Dkt. #27), Motion for Nolle Prosequi (Dkt. #28), Motion to Have the Court Appoint Pro Bono Publico Attorney (Dkt. #30), Motion to Redact the FRCP Rule 59 Motion to Request a New Trial (Dkt. #31), Motion to Redact the FRCP Rule 60 Motion to Vacate the Dismissal Order (Dkt. #32), and Motion in Limine (Dkt. #34). The Court has considered these motions. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.

On April 22, 2015, Court entered an Order to Show Cause (Dkt. #25) directing Plaintiffs to file a response on or before May 22, 2015, stating why they should not be barred from filing any further actions in this court without first obtaining permission. This was based on Plaintiffs' long history of vexatious litigation in the District of Nevada and other federal district courts and circuit courts of appeal around the country. That same day, the Court entered an Order (Dkt. #24) denying Plaintiffs' Motion to Vacate Order Dismissing Case (Dkt. #22) and Motion to Reopen Case (Dkt. #23) as procedurally improper and frivolous. The Court also screened the

Complaint (Dkt. #1-1) and determined that Plaintiffs failed to state a claim upon which relief may be granted. *See* Order (Dkt. #24).

Since the Court issued the Order to Show Cause addressing Plaintiffs' patent abuse of the legal system, Plaintiffs have filed seven additional motions. The six o motions addressed by this Order are procedurally improper, nonsensical and frivolous. For example, the Plaintiffs request a trial date and appointment of counsel at the same time they seek to abandon their case. These inappropriate filings reinforce the conclusion that filing restrictions are necessary to curb Plaintiffs' conduct. As the Order to Show Cause explained in great detail, Plaintiffs have a long history of submitting meritless and frivolous filings. The motions are denied

Based upon the foregoing,

**IT IS ORDERED:**

1. Plaintiffs' Motion to Request Civil Jury Trial Pursuant to Seventh Amendment (Dkt. #27) is DENIED.
2. Plaintiffs' Motion for Nolle Prosequi (Dkt. #28) is DENIED.
3. Plaintiffs' Motion to Have the Court Appoint Pro Bono Publico Attorney (Dkt. #30) is DENIED.
4. Plaintiffs' Motion to Redact the FRCP Rule 59 Motion to Request a New Trial (Dkt. #31) is DENIED.
5. Plaintiffs' Motion to Redact the FRCP Rule 60 Motion to Vacate the Dismissal Order (Dkt. #32) is DENIED.
6. Plaintiffs' Motion in Limine (Dkt. #34) is DENIED.

Dated this 15th day of June, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE